UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-08838-JLS-PD                                    Date: February 02, 2026
Title:  Joanne Lynn Horton v. FCA US, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

           Kelly Davis                                                N/A
          Deputy Clerk                                          Court Reporter

    Attorneys Present for Plaintiffs:              Attorneys Present for Defendant:

          Not Present                                          Not Present

**PROCEEDINGS:    (IN CHAMBERS)  ORDER TO SHOW CAUSE RE
                  DISMISSAL AND CONTINUING FINAL PRETRIAL
                  CONFERENCE**

      The Final Pretrial Conference in this matter is currently scheduled for February 6,
2026, at 10:30 a.m.  Pursuant to the Local Rules, the parties were required to lodge a
Memorandum of Contentions of Fact and Law twenty-one (21) days before the Final
Pretrial Conference.  C.D. Cal. R. 16-4.  To date, neither party has filed their required
Memorandum of Contentions of Fact and Law.  Additionally, pursuant to Local Rule
16-7, Plaintiff was required to lodge a Final Pretrial Conference Order with the Clerk
eleven (11) days before the Final Pretrial Conference.  (*See also* Civil Trial Order at 3,
Doc. 13.)  To date, Plaintiff has not done so.[1]

      Accordingly, the Court ORDERS that the parties file their Memorandum of
Contentions of Fact and Law and Final Pretrial Conference Order, and show cause in
writing for their failure to have timely filed such documents, no later than **February 12,
2026**.  Failure to timely and adequately respond to this Order will result in sanctions, up

---

[1] The parties are further required to file a joint witness list and a joint exhibit list no later
than five court days before the Final Pretrial Conference.  (Civil Trial Order ¶¶ E–G, Doc. 19).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-08838-JLS-PD                     Date: February 02, 2026
Title:  Joanne Lynn Horton v. FCA US, LLC

to and including the immediate dismissal of this action without further notice.  In light of this Order, the Final Pretrial Conference is CONTINUED until **March 6, 2026**.

Initials of Deputy Clerk: kd