**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE LYNN HORTON,<br><br>        Plaintiff,<br><br>    v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-08838-JLS-PD<br><br>**JUDGMENT** |

///

///

///

The Court, having considered Plaintiff's Request for Entry of Judgment, and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff JOANNE LYNN HORTON ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 19, 2026.

2. The remaining individual listed on the docket as a plaintiff, Richard Mudge, is not identified as a party to the underlying complaint and is therefore dismissed from the action.

3. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $7,500.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

DATED: March 26, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE