UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOANNE LYNN HORTON

Plaintiff,

vs.

FCA US LLC.; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:24-cv-08838-JLS-PD

**JUDGMENT ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES COSTS AND EXPENSES**

Whereas, the Court has considered Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (Plaintiff's Motion), Defendant's Opposition thereto, and Plaintiff's Reply thereto;

Whereas, on July 14, 2026, the Court has issued a ruling granting, in part, Plaintiff's Motion, awarding attorneys' fees in the amount of **$18,743.82**.

It is now ORDERED and DECREED that judgment is entered in favor of Plaintiff in the amount of **$18,743.82** for attorneys' fees to be paid to Plaintiff forthwith.

DATED: July 27, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE